## 32553. ELLINGTON v. TOLAR CONSTRUCTION COMPANY et al.

PER CURIAM.

On further consideration of the record in the present case, this court has reached the conclusion that the application for writ of certiorari was improvidently

granted, and accordingly the case is dismissed.

*Case dismissed. All the Justices concur, except Hall, J., who dissents, and Marshall, J., who is disqualified.*

ARGUED SEPTEMBER 13, 1977 — DECIDED OCTOBER 20, 1977.

*Nickerson & Gaulden, Thomas Henry Nickerson,* for appellant.

*Freeman & Hawkins, Joe C. Freeman, Jr., William Q. Bird, Powell, Goldstein, Frazer & Murphy, Robert W. Patrick, Jerry W. Blackstock, Karen Wildau,* for appellees.